Pro Se 10 (Rev. 12/16) Complaint for the Conversion of Property

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

_____ Division

**FILED**
AUG 17 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Robert Lindblad
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Bureau of Land Management
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. Unassigned
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☑ No

CV 21 6377 KAW

## COMPLAINT FOR THE CONVERSION OF PROPERTY
(28 U.S.C. § 1332; Diversity of Citizenship)

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Robert Lindblad
Street Address: 1517 North Point Street #429
City and County: San Francisco, San Francisco
State and Zip Code: San Francisco California 94123
Telephone Number: (415) 261-4233
E-mail Address: lindblad2716@aol.com

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 10 (Rev. 12/16) Complaint for the Conversion of Property

**Defendant No. 1**
- Name: Bureau of Land Management
- Job or Title (if known): Manager of ? - Fraud
- Street Address: 940 2nd Ave
- City and County: Marina; Monterey County
- State and Zip Code: California 93933
- Telephone Number: (831) 582-2200
- E-mail Address (if known):

**Defendant No. 2**
- Name: Bureau of Land Management
- Job or Title (if known): Fraud
- Street Address: 2800 Cottage Way #W1623
- City and County: Sacramento, Sacramento County
- State and Zip Code: California 95825
- Telephone Number: (916) 978-4400
- E-mail Address (if known):

**Defendant No. 3**
- Name: Bureau of Land Management
- Job or Title (if known):
- Street Address: 1111 Jackson St
- City and County: Oakland; Alameda County
- State and Zip Code: California 94607
- Telephone Number: (510) 817-1477
- E-mail Address (if known):

**Defendant No. 4**
- Name: Bureau of Land Management
- Job or Title (if known):
- Street Address: 2815 H Rd.
- City and County: Grand Junction; Mesa County
- State and Zip Code: Colorado; 81506
- Telephone Number: (970) 244-3000
- E-mail Address (if known):

Pro Se 10 (Rev. 12/16) Complaint for the Conversion of Property

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual

    The plaintiff, *(name)* __Robert Lindblad__, is a citizen of the State of *(name)* __California__

2. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____

2. If the defendant is a corporation

    The defendant, *(name)* __Bureau of Land Management__, is incorporated under the laws of the State of *(name)* __Colorado__, and has its principal place of business in the State of *(name)* __Colorado__ Or is incorporated under the laws of *(foreign nation)* _____ and has its principal place of business in *(name)* __Grand Junction__

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

C. **The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain):*

Because of needed supplemental remedy to return the land permanently.

III. **Statement of Claim**

A. Describe the property that you own that is the subject of this complaint, including its value.

The United States, islands, subject states, and quasi-states. Unable to estimate but would say $10,000,000,000,000 — with estimation without research.

B. How and when did you come to own the property?

When it was declared the only legitimate Crown prince with frauds everywhere. When fraudulent people misbehaved and disobeyed God. When murder, looting, robbery, and my recognition commenced as prince in a politic fiasco.

C. How and when did the defendant(s) obtain possession of the property? Describe with particularity the actions the defendant(s) took to convert the property.

A genocide campaign occurred, government administrations did little and hiefed what was available with other countries doing similar unscrupulous activities. U.S. Congress and Chinese Intelligence attempted to fracture through Covid-19, the U.S. system, and were relatively successful. It led to a calamity of land-grabbing and murder with Iranians and British murderously trying to obtain property.

D. *(If the defendant(s) rightfully came into possession of the property):* Describe how and when you notified the defendant(s) that the property belonged to you. Describe how and when you demanded that the defendant(s) deliver or return the property, and what response you received from the defendant(s). Attach a copy of any written correspondence with the defendant(s), if such copies exist.

Used remote viewing to declare I owned it internationally. I declared it to be forfeited on several occasions, declared I own it and pleaded people stop killing for property. Defendant ignored me. England is attempting to steal the country and heavily involved in a conspiracy with African Americans.

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

—Any lands under any type of ownership of U.S. public or private is demanded ~~returned possession~~ Keeping possession of the property requires military in a ~~rembursa~~ purchased and bought possibly $100,000,000...

Pro Se 10 (Rev. 12/16) Complaint for the Conversion of Property

> Applicable Law | Jurisdiction/Venue
> United States Const Amend. 14 DUE process | 28 U.S.C. § 1981
> U.S. Const 5th Amend DUE PROCESS | 28 U.S.C. § 1983
> U.S. Const 2nd Amend BEAR ARMS | 28 U.S.C. § 1985
> U.S. Const 5th Amend Just Comp. | 28 U.S.C. § 1343
> U.S. Const 5th Amend Life, Liberty & property | 28 U.S.C. § 1357
> | 28 U.S.C. § 1361
> | 28 U.S.C. §

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: August 15, 2021

Signature of Plaintiff

Printed Name of Plaintiff   Robert Lindblad

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address