## Northern District of California

### Federal Courts

**FILED**

OCT 28 2021

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ) | Date: 10/28/2021 |
| Plaintiff, ) | Case No. 11 Case in NDoC |
| Robert M. Lindblad ) | Motion: Temp. Inj. R.65 |
| V. ) | Contact: (415) 261-4233 |
| Defendant, | |
| Westmore at.el. ) | lindblad2716@aol.com |
| ) | 1517 North Point St. #429 |
| | San Francisco, CA 94123 |

Motion request is to the Chief Justice of Northern California relevant to the matter and following cases:

The plaintiff cometh to the court in Northern California whereas he is situated to address by motion the matter of Injunction under Rule 65 of the *Federal Rules of Civil Procedure*. The plaintiff currently has 11 cases open as follows: 3:21-cv-06606-SI, 3:21-cv-06607-JCS, 3:21-cv-06806-EMC, 3:21-cv-07432-LB, 3:21-cv-07507-TSH, 3:21-cv-07548-JSC, 3:21-cv-07814-EMC, 4:21-cv-05705-JST, 4:21-cv-05755-JST, 4:21-cv-06377-HSG, 4:21-cv-06464-DMR.

1. The plaintiff is requesting a Rule 65 Injunction under the *Federal Rules of Civil Procedures*.

2. The injunction is procedurally requested by the plaintiff in the eleven cases he has filed in the Northern District of California against clerks, magistrates, and judges.

3. The lawsuit *Lindblad v. Westmore*, case 3:21-cv-07548-JSC is involving members of the Northern District Court in California and §1983 violations.

4. The case has been dismissed in an unorthodox fashion by Judge Chen, who unconstitutionally dismissed the case he is a party unto.

5. The parties to the case have also made judgments on other cases that the plaintiff has filed in the Northern District of California since the filing of the §1983 lawsuit mentioned in ¶3. The parties should be removed by their own recusal if they are a party to a case. They have all failed to do so and continue to frustrate justice due unto the plaintiff.

6. It is alleged the judiciaries staff, a party to the case mentioned in ¶3, is continually making judgements on cases they must remain free from any decisions.

7. The plaintiff argues to the Chief Judge of the Northern District Court of California, that the plaintiff must have an injunction implemented to parties that are listed as defendants in the lawsuit against Northern California Judiciary Staff in case *Lindblad v. Westmore*, case 3:21-cv-07548-JSC.

8. The defendants are alleged to have committed unlawful acts and/or federal questions around their actions in the case in ¶3 of this motion. They must have restraint from any decisions in the caseload petitioned by the plaintiff in the aforementioned cases demonstrated on the first page of this motion.

9. A preliminary injunction is requested against all the judges who participate in the caseload of the plaintiff/petitioner, who are a party to other cases.

10. If clerks, magistrates, and judges the plaintiff is suing, persist to engage in bias decisions around the plaintiff's cases, a continuous stream of injustice will accrue. *Missud v. Nevada* 861 F. Supp. 2d 1044 (N.D. Cal. 2012) Finding the plaintiff vexatious as he filed eight cases against the same defendant despite multiple court rulings that the defendant was not subject to personal jurisdiction in California and despite losing six cases. The plaintiff's cases are anything but vexatious he has filed in the Northern District of California, but the persistence of the participants to rule on the cases can cause extensive injustices to the plaintiff and other interested parties that will benefit at the legitimate outcome of the plaintiff Robert Lindblad in the Northern District of California. *See Padilla v. Immigration & Customs Enf't* 953 F.3d 1134 (9th Cir. 2020) Determining the "balance of the equities and public interest favors plaintiffs"

11. Furthermore, the plaintiff is desiring to extend the parties that are on the defendants list in the case 3:21-cv-07548-JSC. An amendment with further defendants in the Northern California Judiciary may develop into the lawsuit, and further facts shall be admitted.

12. A Rule 65 Injunction (a) Preliminary Injunction. (1) Notice. The court may issue a preliminary injunction only on notice to the adverse party. A notice for request of injunction will be sent to the adversary parties in the case that has unlawfully been dismissed by District Judge Edward Chen—21-cv-07548-JST.

13. Evidence is able to be offered by the plaintiff of corrupt practices utilized by the aforementioned of the judiciary of Northern California. Continually, the courts have changed responses and changed decisions to cases, sometimes in a more optimal

methodology of judgement. Irregardless, if the parties in Norther California District Court would have made the appropriate judgements to begin with in the first place and avoided outside influences, they would not have had to modify the decisions, as is a common theme to the judgments made by the judiciary on the *Pacer.com* website. Our frequently reiterated standard requires plaintiffs seeking preliminary relief to demonstrate that irreparable injury is likely in the absence of an injunction." See *Winter v. Natural Res. Def. Council, Inc.* , 129 S. Ct. at 375

14. In *case Lindblad v. Westmore*, discrimination, biasness, and inequality is a common theme that the clerks, magistrates, and judges are accused of employing. Federal jurisdiction is limited to "actual `cases' and `controversies.'" *Allen v. Wright*, 468 U.S. 737, 750, 104 S.Ct. 3315, 82 L.Ed.2d 556 (1984)

15. Routine administration of the courts with the clerks, magistrates, and judges the plaintiff is accusatory pertinent to unconstitutional acts, would be the novelty of frivolous for them to continuously pursue making any further judgements on the plaintiff's cases.

16. The members inclusive in the *Lindblad v. Westmore* are defendants: Westmore, Tigar, Soong, and Chen. *Saravia v. Sessions* 280 F. Supp. 3d 1168 (N.D. Cal. 2017) Finding the local ORR official subject to jurisdiction in the Northern District of California because she was based in San Francisco

17. The complaint is anticipated to be amended and removed back into the district court with the dismissal by Chen being unsubstantiated since he is a party to the case *Lindblad v. Westmore*. Determining that the district court's reinsertion of "colorable imitation" language and explicitly naming a previously enjoined party did not alter the

legal relationship of the parties and was thus a clarification. See *Aevoe Corp.v. AE Tech Co.*727 F.3d 1375 (Fed. Cir. 2013).

18. Plaintiff presents justifiable cases in all eleven cases to the Northern Court of California and needs to receive unarbitrary and impartial judgements. This cannot happen with Chinese clerks and justices, or any subversives. *Texas v. United States* 809 F.3d 134 (5th Cir. 2015) Holding that only one plaintiff needs standing for the court to exercise jurisdiction. It is irrefutable, the Chinese are lawless and bias in the cases by the plaintiff due to an economic tug-a-war between the United States and China at present-date. Judge Chen has demonstrated his favorism to China.

19. The plaintiff as the Chief Justice of Northern California, Chief Justice Richard Seeborg to create an injunction against any parties in case *Lindblad v. Westmore*, case 3:21-cv-07548-JSC. The petitioner sends this request.

**Copies have been sent to the parties:**

Judge Edward Chen

450 Golden Gate Ave. 36060

San Francisco, CA 94102

District Judge Jon S. Tigar

1301 Clayton St.

Oakland, CA 94612

Clerk Soong

450 Golden Gate Ave. 36060

San Francisco, CA 94102

Chief Justice Northern District of California

Richard Seeborg

450 Golden Gate Ave. 36060

San Francisco, CA 94102

Kandis Westmore

450 Golden Gate Ave. 36060

San Francisco, CA 94102

I certify everything stated in the motion is true to the best of my knowledge.



Robert Michael Lindblad

October 27, 2021

1517 North Point Street #429

San Francisco, CA 94123

Email: lindblad2716@aol.com

Phone: (415) 261-4233

Robert Lindblad
1517 North Point St. #429
San Francisco, CA 94123

SAN FRANCISCO CA

27 OCT 2021 PM 3

FOREVER

**RECEIVED**

OCT 28 2021

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102

94102-343206