UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LINDBLAD,<br><br>        Plaintiff,<br><br>    v.<br><br>BUREAU OF LAND MANAGEMENT,<br><br>        Defendant. | Case No. 21-cv-06377-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION TO DISMISS WITH PREJUDICE**<br><br>Re: Dkt. No. 8 |

The Court has reviewed Magistrate Judge Westmore's Report and Recommendation to Dismiss with Prejudice, as well as objections to the report. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that this case is dismissed with prejudice. The Clerk is directed to terminate the pending motions and close the file.

**IT IS SO ORDERED.**

Dated: 11/4/2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge